IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:21CR00715 HEA/PLC |
| | ) |
| KEVIN SPARKS, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR PRE-TRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Tracy L. Berry, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1. Defendant is charged with violations of Title 18, United States Code, Sections: 1028(a)(3), possession of five or more identification documents; 1029(a)(3), possession of 15 or more unauthorized access devices; 1028A, aggravated identity theft; 2312, interstate transportation of a stolen vehicle; and 2314, interstate transportation of stolen property.

2. Pursuant to Title 18, United States Code, Section 3142(f)(2), the Government maintains that there is a serious risk that Defendant will flee if he is released:

a. On November 25, 2021, Defendant presented a counterfeit Arizona driver's license in the name of one of his fraud victims when he was stopped by officials with the Warren County Sheriff's Department;

b. During a subsequent search of his stopped vehicle, the law enforcement officials discovered five additional Arizona counterfeit driver's licenses bearing the defendant's image;

c. Interviews with the individuals whose names appeared on the counterfeit identification documents revealed that their wallets had been stolen at some time between August and November 2021, and their credit cards had been fraudulently used;

d. Defendant was driving a vehicle that had been fraudulently purchased in Arizona in the identity of one of his victims;

e. Defendant is pending felony trial in Floyd County, Indiana in Case Number 22D01-2106-F3-001040 for charges of possession of 28 grams or more of methamphetamine and felon in possession of a firearm;

f. Level 3 Felonies in Indiana bear a fixed term between three and sixteen years in prison;

g. Defendant is classified as a habitual offender in the State of Indiana;

h. If convicted in the Eastern District of Missouri, Defendant faces a mandatory term of incarceration of two years on the aggravated identity theft count that must run consecutive to any term of incarceration imposed for the violations which bear a maximum of ten years incarceration.

3. The defendant is an economic threat to the community as he has committed the charged fraud offenses as he has traveled throughout multiple states.

5.        Detention is requested pursuant to Title 18, United States Code, Section 3142(g) in light of the weight of the evidence against defendant and defendant's history and characteristics which include defendant's prior criminal history and lack of ties to the community warrant a need for a detention.

WHEREFORE, there are no conditions or combination of conditions that will reasonably assure defendant's appearance as required and the safety of any other person and the community and the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
UNITED STATES ATTORNEY

*/s/ Tracy L. Berry*
TRACY L. BERRY, #014753 TN
ASSISTANT UNITED STATES ATTORNEY
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200